

| | |
|---|---|
| 130 Livingston Street<br>Brooklyn, NY  11201 | Andy Byford<br>President |

(718) 694-3893

October 11, 2018

**BY ECF**
Honorable Deborah Batts
United States District Court
Southern District of New York
500 Pearl Street, Room 2510
New York, NY 10007
Telephone: (212) 805-0186

      Re:    **Jennifer Berkeley-Carr v. New York City Transit Authority, Marva Brown and David Chan**
              **1:16-cv-09957 (DAB)**

Dear Judge Batts:

This office represents the Defendants New York City Transit Authority, Marva Brown and David Chan (collectively "Defendants") in the above-entitled action.  This letter is written to inform the Court that the parties have been unable to reach a settlement in this case.

In accordance with this Court's individual practice and rules, this letter is also written for the purpose of notifying this Court and Plaintiff of Defendants' intent to file for summary judgment. Within 10 days of this letter, Defendants will serve and file a letter setting forth the bases for the motion as set forth in the rules.

Thank you very much for your attention to and consideration of this matter.

      Very truly yours,
      ***/s/Mariel A. Thompson***
      Mariel A. Thompson, Esq.
      *Executive Agency Counsel*

**By ECF & Regular Mail**
Gregory Smith, Esq.
*Attorney for Plaintiff*
81 Prospect
Brooklyn, New York 11201
Gsmith225@aol.com
(212) 267-2042