## LIST OF EXHIBITS ANNEXED TO MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| EX A | Plaintiff's Amended Complaint dated January 4, 2017 |
| EX B | Plaintiff's Deposition Testimony (mini transcript)(full transcripts on CD) |
| EX C | Relevant portions of Marva Brown's Deposition and Continued Deposition Testimony (full transcripts on CD) |
| EX D | Relevant portions of David Chan's Deposition Testimony (full transcript on CD) |
| EX E | Plaintiff's Responses to Defendants' Interrogatories & Document Requests |
| EX F | Plaintiff's internal Complaint to the TA's Department of Equal Employment Opportunity & Diversity ("EEO") dated September 29, 2014 and acceptance letter dated October 1, 2014 |
| EX G | Confidential Report & No Reasonable Cause finding by EEO dated April 24, 2015 |
| EX H | Plaintiff's external EEOC Charge dated August 7, 2015, sworn to August 13, 2015 received by the TA on October 22, 2015 and related records |
| EX I | Plaintiff's Right to Sue Letter dated October 31, 2016 |
| Ex J | Plaintiff's produced EEOC Intake Questionnaire & submitted complaint dated May 11, 2015 amended May 27, 2015 |
| Ex K | Plaintiff's production of Notice of Charge dated May 18, 2015 with "No Action Required" |
| EX L | Plaintiff's Job Detail Summary History (enlarged version included) |
| EX M | Marva Brown's Job Detail Summary History & Resume |
| EX N | David Chan's Job Detail Summary History & Resume |
| EX O | Capital Programs, Subways Organization Charts |
| EX P | Brown's 2011 recommendation to re-Hay Plaintiff's title and increase her salary & resulting February 2012 job action |
| EX Q | Job Posting for the position of Program Management & Oversight & Plaintiff's application |
| EX R | Applicant Flow Data Chart for PMO position showing candidates interviewed & candidate selected |
| EX S | Hiring Justification Memorandum for Joseph DiLorenzo, along with his resume |
| EX T | E-mail dated March 14, 2014 between Amy Kauffman, Plaintiff's immediate manager and Plaintiff relating to Plaintiff's complaint about her vacation request |
| EX U | Report & Findings by Office of EEO dated June 19, 2014 concerning Anonymous complaint of Age Discrimination about the PMO decision |
| EX V | TA's EEO & Respectful Workplace Policies |
| EX W | Job posting for the position of Program Management & Analysis ("PMA") & with Plaintiff's application |
| EX X | Applicant Flow Data Chart for PMA position showing candidates interviewed & candidate selected |
| EX Y | Hiring Justification Memorandum for David Chan, along with his resume |
| EX Z | Record containing a list of individuals who have been advanced by Brown during her tenure of Chief in Capital Programs, including their age, race and gender |
| EX AA | Brown's recommendation that Plaintiff attend a Leadership Institute dated August 20, 2014 |
| EX BB | E-mail dated September 29, 2014 notice to Brown of Plaintiff's appointment with EEO |

| **EX CC** | October 13, 2014 e-mail from EEO stating EEO Complaint will not stop the hiring process |
|---|---|
| **EX DD** | October 14, 2014 e-mail from Plaintiff to EEO stating that Brown's introduction of Brown is retaliatory |
| **EX EE** | Plaintiff's February 2015 e-mails to EEO saying Chan's e-mails are retaliation & February 24, 2015 e-mail to Joseph Leader, Senior Vice President, Subways |
| **EX FF** | Final 2014 MPR administered to Plaintiff on May 20, 2015 containing five "Good" and two "Marginal" ratings |
| **EX GG** | Chan's May 15, 2015 e-mail requesting printout of his draft MPR for Brown's review, with a number of drafts |
| **EX HH** | May 20, 2015 e-mail from Brown to Chan requesting language be added to the MPR |
| **EX II** | A pre-complaint form is created by EEO based on Plaintiff's May 27, 2015 e-mail to Joseph forwarded to EEO; |
| **EX JJ** | Plaintiff's Notice to Chan dated June 4, 2015 that she is appealing the MPR and intends to file a Complaint against him with EEO |
| **EX KK** | E-mail dated June 5, 2015 between Chan and Kaufman relating to the MPR Plaintiff objected to and concurring about the ratings |
| **EX LL** | E-mail Chains beginning with June 8, 2015 regarding Plaintiff's appeal of her MPR and her e-mail withdrawing her request to appeal |
| **EX MM** | Memorandum dated June 8, 2015 from Chan to plaintiff entitled "Resolution to Managerial Performance Review (MPR) Appeal Step 1, with related e-mails |
| **EX NN** | Memoranda to Department/Division Heads regarding General Wage Increase eligibility for 2014-2017 |
| **EX OO** | Plaintiff's 2015 MPR administered on April 2016 |
| **EX PP** | String of memoranda regarding Operating Budget Impact Statement assignment beginning with December 31, 2015, along with related records |
| **EX QQ** | E-mails dated May 10, 2016 from Brown to EEO/Labor Relations seeking guidance on escalating issues between Chan and Plaintiff |
| **EX RR** | Memorandum from Chan to Brown dated May 31, 2016 regarding Plaintiff's work performance issues and conduct |
| **EX SS** | Plaintiff's 2016 Review pursuant to new rating system – no actual ratings this year |
| **EX TT** | February 27, 2017 Letter of Reinstruction/Final Warning and Memorandum |
| **EX UU** | Plaintiff's 2017 MPR administered on January 17, 2018 |
| **EX VV** | Relevant records relating to the Communications Strategy and Training Manual assigned to Plaintiff, along with July 2015 e-mail chain |
| **EX WW** | Plaintiff's timekeeping records indicating 504 hours of vacation taken |
| **EX XX** | TA Space Planning Standards showing that Plaintiff is not entitled to an office at her managerial Grade Level "C" |
| **EX YY** | List of designated lunch times for coverage purposes |
| **EX ZZ** | Andrew Zsoldos 6-month performance review |