**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JENNIFER BERKELEY CARR,

                  Plaintiff,

-against-                                          16 **CIVIL** 9957 (VSB)

## JUDGMENT

NEW YORK CITY TRANSIT AUTHORITY
MARVA BROWN, and DAVID CHAN,

                  Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 18, 2022, Defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

          March 21, 2022

                                                                       **RUBY J. KRAJICK**

                                                                         Clerk of Court

                                        BY:

                                                                           **Deputy Clerk**